# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND P. WOOD, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 7:10-CV-219-D** |
| ) | |
| TOWN OF WARSAW, NORTH CAROLINA, ) | |
| *a Municipal Corporation*, ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS the Defendant's Motion for Summary Judgment [D.E. 38] on Plaintiff's ADEA and North Carolina wrongful discharge claims. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**DECEMBER 21, 2012**</u> WITH A COPY TO:

Reagan H. Weaver (via CM/ECF Notice of Electronic Filing)
E.C. Thompson III (via CM/ECF Notice of Electronic Filing)
Dan Hartzog, Jr. (via CM/ECF Notice of Electronic Filing)


<u>December 21, 2012</u>                 JULIE A. RICHARDS, Clerk
Date                                      Eastern District of North Carolina

                                                      <u>/s/ Debby Sawyer</u>
                                                      (By) Deputy Clerk

Raleigh, North Carolina

Page 1 of 1
Case 7:10-cv-00219-D   Document 46   Filed 12/21/12   Page 1 of 1